Crown Paint and Varnish Works, Inc., for the use of Walter Krzyzanski, a minor, by Eva Krzyzanski, his mother and next friend, appellee, v. Harry W. Cline, trading as Chicago Association of Credit Men, appellant. Gen. No. 37,942.

Opinion filed June 28, 1935.
Louis J. Jacobson, for appellant. Gustave Neuberg, for appellee.
Mr. Justice Friend delivered the opinion of the court.

Benjamin J. Schultz, appellee, v. Yellow Cab Company et al., defendants. Yellow Cab Company, appellant. Gen. No. 37,960.

Opinion filed June 28, 1935.
Samuels, Greenberg, Wolfe & Solomon, for appellant; David H. Greenberg, Edward Wolfe and Sidney M. Glick, of counsel. Benjamin J. Schultz, pro se; Louis Greenberg, of counsel.
Mr. Justice Friend delivered the opinion of the court.

Ambassador Garage Company, appellant, v. Julius A. Goldberg and Fred E. Hummel, appellees. Gen. No. 37,831.

Opinion filed June 28, 1935.
Fisher, Boyden, Bell, Boyd & Marshall, for appellant; Thomas Hart Fisher, of counsel. Judah, Reichmann, Trumbull, Cox & Stern, for appellee Julius A. Goldberg.
Mr. Justice Sullivan delivered the opinion of the court.

Hiram C. Daggett, appellee, v. Daggett Roller Chair Company, appellant. Gen. No. 37,880.

Opinion filed June 28, 1935.
William T. Pridmore, for appellant. Barnabas F. Sears and Charles S. Harvey, for appellee.
Mr. Justice Sullivan delivered the opinion of the court.